```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10897
   GLADYS W ORAHAM
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7894

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/19/2007 and was confirmed 08/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG           .00             .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE           .00             .00            .00
COBBLESTONE CONDOMINIUM   SECURED                 .00             .00            .00
COBBLESTONE CONDOMINIUM   SECURED             2110.97             .00         105.54
US BANK NA                NOTICE ONLY      NOT FILED             .00            .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER      566.43             .00            .00
BANK OF AMERICA           NOTICE ONLY      NOT FILED             .00            .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER     2715.88             .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      350.37             .00            .00
DENNIS G KNIPP            DEBTOR ATTY       1,500.00                         778.91
TOM VAUGHN                TRUSTEE                                             65.55
DEBTOR REFUND             REFUND                                                .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  950.00

PRIORITY                                         .00
SECURED                                       105.54
UNSECURED                                        .00
ADMINISTRATIVE                                778.91
TRUSTEE COMPENSATION                           65.55
DEBTOR REFUND                                    .00
                    ---------------     ---------------
TOTALS                   950.00                950.00




            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 10897 GLADYS W ORAHAM
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE